1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   WILLIAM F. TARANTINO (CA SBN 215343)
    WTarantino@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105
    Telephone:     415.268.7000
5   Facsimile:     415.268.7522

6   Attorneys for Defendants
    LUMBER LIQUIDATORS, INC., LUMBER LIQUIDATORS
7   LEASING, LLC, LUMBER LIQUIDATORS HOLDINGS,
    INC., LUMBER LIQUIDATORS SERVICES, LLC

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12

13   BRIAN COATS, CASSIE ERGA, and         Case No.    2:15-cv-00515-WBS-EFB
     SHAWN GINN, on behalf of themselves and
14   all other similarly situated,          **ORDER APPROVING JOINT
                                            STIPULATION TO STAY
15                                          PROCEEDINGS PENDING MDL
                                            CONSIDERATION**
16                      Plaintiffs,

17          v.

18
     LUMBER LIQUIDATORS, INC., a
19   Delaware Corporation, LUMBER
     LIQUIDATORS LEASING, LLC, a
20   Delaware Limited Liability Corporation,
     LUMBER LIQUIDATORS HOLDINGS,
21   INC., a Delaware Corporation, LUMBER
     LIQUIDATORS SERVICES, LLC, a
22   Delaware Limited Liability Corporation
23
                        Defendants.
24

25

26

27

28

1    Good cause appearing, the Parties' joint stipulation to stay proceedings in the above-

2    captioned action is GRANTED as follows:

3    1.    This action is STAYED pending the transfer decision of the Judicial Panel on

4    Multidistrict Litigation (the "MDL Panel") in *In Re: Lumber Liquidators Chinese-Manufactured*

5    *Flooring Products Marketing, Sales Practices and Products Liability Litigation* (MDL No.

6    2627);

7    2.    All deadlines, including Defendants' obligation to respond to Plaintiffs' complaint,

8    are VACATED until further order of the Court;

9    3.    In the event litigation proceeds in another of the substantially identical cases to this

10   one, Plaintiffs shall have the right to seek to lift the stay;

11   4.    The Clerk is directed to administratively close this file until further order of this

12   court; and

13   5.    The parties shall file a Joint Status Report notifying the Court of the MDL Panel's

14   decision within 10 days of the decision.

15

16   **IT IS SO ORDERED**

17

18   Dated:  March 30, 2015

19                                                 _____
                                                   WILLIAM B. SHUBB
20                                                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28